FILED & JUDGMENT ENTERED
Steven T. Salata

Jul 27 2011

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

IN THE MATTER OF:

RYAN ELLIOT SIEGMANN          Chapter 13
SUSAN ANN SIEGMANN            Case No. 11-50152
        Debtors.
_____

**ORDER DENYING CITIMORTGAGE PROOF OF CLAIM**
_____

THIS MATTER, coming on before the Court upon the Debtors Objection to the Citimortgage Proof of Claim, and with no response by any parties to the Debtor's Objection, and the Court, having considered the request and the representations of Movant, and for good cause shown, it is hereby ORDERED:

1. The Citimortgage Proof of Claim and Proof of Claim Exhibit "A" are denied in its entirety;

2. The actual amount of $936.18 be allowed for the monthly plan payment for the mortgage.

This Order has been signed
electronically. The Judge's
signature and court's seal
appear at the top of the Order.

United States Bankruptcy Court