**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**WILKESBORO DIVISION**

IN RE:   CASE NO: 11-50152
Ryan Elliot Siegmann
Susan Ann Siegmann
SSN# : XXX-XX-8951
SSN# : XXX-XX-9168

## NOTICE TO CLAIMANT

| Trustee Claim # | Clerk Claim # | Creditor Name and Address | Account Number | Filed Claim Amount | Claim Type |
|---|---|---|---|---|---|
| 3 | 5 | CitiMortgage Inc<br>PO Box 689196<br>Des Moines, IA 50368-9196 | 9172 | $ 183,532.33 | M-Mortgage/Lease |

Please be advised that pursuant to Paragraph 5(b) of the Bankruptcy Court's "Administrative Order Establishing Procedure for the Disbursement of Postpetition Conduit Mortgage Payments to be Effective July 1, 2009", all real property creditors are required to formally file with the Court and serve on the debtor(s) and attorney for the debtor(s) a fully executed Local Form #15 - "Notice of Payment and/or Escrow Change; Notice of Cost Advance" at least thirty (30) days prior to the effective date of any resulting change in the monthly conduit mortgage payment amount.

As a result of the filing of the debtor(s) Chapter 13 case and subsequent confirmation of the proposed plan of reorganization, your letter/notice received by us on September 26, 2011 advising of the change in the monthly mortgage payment will **not** be sufficient to cause a legally-binding change in that monthly payment amount. A copy of the document that you sent to this office is attached.

Please complete and file the required Local Bankruptcy Form #15 with the Court. A copy of Local Bankruptcy Form #15 can be obtained by accessing the Clerk of Court's website at www.ncwb.uscourts.gov, requesting the "Forms" tab, and selecting "Local Form 15".

Dated:   October 03, 2011

Steven G. Tate
Chapter 13 Trustee

By: K. Myers

**CORRESPONDENCE ADDRESS**
Steven G. Tate
Standing Chapter 13 Trustee
212 Cooper St
Statesville, NC  28677-5856
(704)872-0068

**citi**

P.O. Box 660065
Dallas, TX 75266-0065
Customer Service 1-800-283-7918

©2011 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Citi, Arc Design, and Citi and Arc Design are registered service marks of Citigroup Inc.

Page 1

60660-001272-001
STEVEN G TATE
PO BOX 1778
STATESVILLE NC 28687-1778

**Annual Escrow Analysis**
Account Number: ████172-6
Analysis Date: September 16, 2011

RYAN SIEGMANN
SUSAN A SIEGMANN

CASE#: 11-50152

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT ANY SUCH OBLIGATION. IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.

### Mortgage Payment

| New Monthly Payment Amount: | $1,260.41 | New Payment Effective: | November 01, 2011 |
|---|---|---|---|

|  | CURRENT PAYMENT | NEW PAYMENT |
|---|---|---|
| PRINCIPAL/INTEREST | 998.43 | 998.43 |
| MONTHLY ESCROW PAYMENT | 204.23 | 261.98 |
| TOTAL PAYMENT | 1,202.66 | 1,260.41 |

- Your new monthly escrow payment represents 1/12th of your projected annual escrow disbursements.
- If your payment is issued by a third party, or if you make your payments through a bill pay service, please take the appropriate action to ensure that the new amount is updated with the service provider.

### Projections for the coming Year

Please keep this statement for reference next year.

| MONTH | PAYMENTS TO ESCROW ACCT | PAYMENTS FROM ESCROW ACCT | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| Starting Balance: (Activity Assumed through October, 2011) | | | | $1,931.57 | $954.98 |
| NOV 11 | 261.98 | 693.00 | HAZARD INSURANCE | 1,500.55 (a) | 523.96 (b) |
| DEC 11 | 261.98 | .00 | | 1,762.53 | 785.94 |
| JAN 12 | 261.98 | .00 | | 2,024.51 | 1,047.92 |
| FEB 12 | 261.98 | .00 | | 2,286.49 | 1,309.90 |
| MAR 12 | 261.98 | .00 | | 2,548.47 | 1,571.88 |
| APR 12 | 261.98 | .00 | | 2,810.45 | 1,833.86 |
| MAY 12 | 261.98 | .00 | | 3,072.43 | 2,095.84 |
| JUN 12 | 261.98 | .00 | | 3,334.41 | 2,357.82 |
| JUL 12 | 261.98 | .00 | | 3,596.39 | 2,619.80 |
| AUG 12 | 261.98 | .00 | | 3,858.37 | 2,881.78 |
| SEP 12 | 261.98 | .00 | | 4,120.35 | 3,143.76 |
| OCT 12 | 261.98 | 2,450.74 | COUNTY TAX | 1,931.59 | 955.00 |
| TOTALS: | $3,143.76 | $3,143.74 | | | |

RECEIVED SEP 26 2011

- Mortgage Insurance, if any, is not included in the required low point calculation.

### Determining Your Escrow Shortage/Surplus

| PROJECTED LOW-POINT: | 1,500.55 (a) |
|---|---|
| REQUIRED LOW-POINT (Cushion): | 523.96 (b) |
| TOTAL ESCROW SURPLUS: | 976.59 |

Under Federal Law, your surplus will be returned to you via a check. Since not all payments have been received, you will not receive a check.
If your Projected Low-Point (a) is:
- Less than your Required Low-Point (b), you have a shortage.
- Greater than your Required Low-Point (b), you have a surplus.
- Equal to your Required Low-Point (b), the above does not apply.

671-2243-0111F

## CitiMortgage, Inc. appreciates your business.

Account Number: ____172-6
Analysis Date: September 16, 2011
Annual Escrow Analysis

### Account History

| | ITEM | ACTUAL PAYMENTS | PROJECTED PAYMENTS | INCREASE/DECREASE |
|---|---|---|---|---|
| Please note the increases/decreases that may have occurred from the projections. This has impacted the shortage/surplus in this analysis reflected on the front side of this statement. | HAZARD INSURANCE | 693.00 | 642.00 | 51.0 |
| | COMBINED TAXES | 2,450.74 | 2,450.74 | .0 |

This is a statement of actual activity in your escrow account from September 1, 2010 through September 16, 2011. This section provides last year's projections and compares it with actual activity.

Your most recent monthly mortgage payment during the past year was $1,202.66 of which $998.43 was for principal and interest and $204.23 was credited to your escrow account.

| MONTH | ACTUAL PAYMENTS TO ESCROW ACCOUNT | PROJECTED PAYMENTS TO ESCROW ACCOUNT | ACTUAL PAYMENTS FROM ESCROW ACCOUNT | PROJECTED PAYMENTS FROM ESCROW ACCOUNT | DESCRIPTION | ACTUAL ESCROW RUNNING BALANCE | PROJECTED ESCROW RUNNING BALANCE |
|---|---|---|---|---|---|---|---|
| Starting Balance: | | | | | | $740.61 | $2,450.76 |
| SEP 10 | 204.23 | 204.23 | .00 | .00 | | 944.84 | 2,654.99 |
| OCT 10 | .00 | 204.23 * | .00 | 2,450.74 * | COUNTY TAX | 944.84 | 408.48 |
| OCT 10 | 204.23 | .00 * | 693.00 | .00 * | HAZARD INSURANCE | 456.07 | 408.48 |
| NOV 10 | .00 | 257.73 * | .00 | 642.00 * | HAZARD INSURANCE | 456.07 | 664.79- |
| NOV 10 | .00 | .00 | 2,450.74 | .00 * | COUNTY TAX | 1,994.67- | 664.79- |
| DEC 10 | .00 | 257.73 * | .00 | .00 | | 1,994.67- | 407.06- |
| JAN 11 | .00 | 257.73 * | .00 | .00 | | 1,994.67- | 149.33- |
| FEB 11 | .00 | 257.73 * | .00 | .00 | | 1,994.67- | 108.40 |
| MAR 11 | 408.46 | 257.73 * | .00 | .00 | | 1,586.21- | 366.13 |
| APR 11 | 204.23 | 261.98 * | .00 | .00 | | 1,381.98- | 105.38 |
| MAY 11 | 1,176.61 | 261.98 * | .00 | .00 | | 205.37- | 367.36 |
| JUN 11 | .00 | 261.98 * | .00 | .00 | | 205.37- | 629.34 |
| JUL 11 | 1,728.46 | 261.98 * | .00 | .00 | | 1,523.09 | 891.32 |
| AUG 11 | .00 | 261.98 * | .00 | .00 | | 1,523.09 | 1,153.30 |
| SEP 11 | .00 | 261.98 * | .00 | .00 | | 1,523.09 | 1,415.28 |
| Totals: | $3,926.22 | $3,268.99 | $3,143.74 | $3,092.74 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or amount. Payment differences of $2.00 or less will not be marked with an asterisk.

Under Federal Law, your lowest monthly balance should not have exceeded $523.94 which is 1/6 of anticipated payments unless your mortgage contract or state law specifies a lower amount. Under your mortgage contract or state law, your lowest monthly balance should not have exceeded $523.96.

671-2249-0111B

CitiMortgage may charge interest on funds advanced to pay your escrow items. If you do not repay the escrow advance within 60 days (of the Escrow Analysis Statement date above) interest will be charged on the outstanding advance amount. The rate of interest on the advance will be the Note rate applicable to your first mortgage loan. The monthly interest accrual will appear on your monthly Mortgage Statement.

## CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on October 03, 2011.

                                                            K.Myers
                                                            Office of the Chapter 13 Trustee

CITIMORTGAGE INC, PO BOX 140609, IRVING, TX  75019-0609
CitiMortgage Inc, PO Box 689196, Des Moines, IA  50368-9196
Ryan Elliot Siegmann, Susan Ann Siegmann, 220 Bluffton Road, Mooresville, NC  28115