**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**WILKESBORO DIVISION**

In Re: Ryan Elliot Siegmann    Susan Ann Siegmann    Case Number:    11-50152
220 Bluffton Road    Judge:    Laura T. Beyer
Mooresville, NC  28115    Dated:    May 03, 2012

SSN (1): XXX-XX-8951    SSN (2): XXX-XX-9168

**MOTION OF TRUSTEE FOR DETERMINATION**
**OF STATUS OF CLAIMS IN CONFIRMED PLAN**

The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Allowed Claim Amt | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| Aargon Agency | 6 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| American Medical Collection Agency | 7 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| AT&T | 8 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| AVON | 9 | | U-Unsecured | 80 | $0.00 | NOT FILED | 9447 |
| AVON | 10 | | U-Unsecured | 80 | $0.00 | NOT FILED | 4190 |
| Barker & Hostetler LLP | 11 | | U-Unsecured | 80 | $0.00 | NOT FILED | 0137 |
| Capio Partners LLC | 24 | 7 | U-Unsecured | 80 | $95.40 | $95.40 | 7984 |
| Celligent Diagnostics | 12 | | U-Unsecured | 80 | $0.00 | NOT FILED | 9283 |
| CHASE AUTO FINANCE | 13 | 6 | U-Unsecured | 80 | $6,824.36 | $6,824.36 | 8969 |
| CitiMortgage Inc | 3 | 5 | M-Mortgage/Lease | 30 | $183,532.33 | CONDUIT | 9172 |
| CitiMortgage Inc | 4 | 5 | N-Mortgage/Lease Arrea | 50 | $0.00 | $0.00 | 9172 |
| CMC Faculty Physicians | 14 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| CREDIT MANAGEMENT | 15 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| DIRECTV | 17 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| FIRST PREMIER BANK | 18 | | U-Unsecured | 80 | $0.00 | NOT FILED | 6953 |
| HOME DEPOT CREDIT SERVICES | 19 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| HSBC Bank Nevada NA | 20 | 10 | U-Unsecured | 80 | $996.01 | $996.01 | 9737 |
| Jefferson Capital Systems LLC | 41 | 1 | U-Unsecured | 80 | $1,055.93 | $1,055.93 | 9520 |
| JON BARRY & ASSOCIATES INC | 21 | | U-Unsecured | 80 | $0.00 | NOT FILED | unts |
| Lake Norman Neurological & Spinal | 22 | | U-Unsecured | 80 | $0.00 | NOT FILED | unts |
| Lake Norman Ophthalmology PLL | 23 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2749 |
| LCA COLLECTIONS | 25 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2340 |
| Liberty Mutual | 26 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| LVNV FUNDING LLC | 16 | 4 | U-Unsecured | 80 | $1,078.02 | $1,078.02 | 7578 |
| Mecklenburg Radiology | 27 | | U-Unsecured | 80 | $0.00 | NOT FILED | unts |
| MID ATLANTIC EMERGENCY ASSOC | 28 | | U-Unsecured | 80 | $0.00 | NOT FILED | 6972 |

CASE NO:  11-50152                                    DEBTORS: Ryan Elliot Siegmann AND Susan Ann Siegmann

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Allowed Claim Amt | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| Mid Atlantic Emg Med Assoc | 29 | | U-Unsecured | 80 | $0.00 | NOT FILED | 7883 |
| Mooresville PPM LLC | 30 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2317 |
| Mooresville PPM LLC | 31 | | U-Unsecured | 80 | $0.00 | NOT FILED | 1088 |
| Mooresville PPM LLC | 32 | | U-Unsecured | 80 | $0.00 | NOT FILED | 1020 |
| New York State Dept | 33 | | U-Unsecured | 80 | $0.00 | NOT FILED | 4254 |
| Novant Medical Group | 34 | 3 | U-Unsecured | 80 | $281.33 | $281.33 | 8951 |
| Orchard Bank | 35 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| Oxmoor House | 36 | | U-Unsecured | 80 | $0.00 | NOT FILED | 8170 |
| PAYPAL INC | 37 | 11 | U-Unsecured | 80 | $177.97 | $177.97 | 1690 |
| Piedmont Healthcare | 38 | 2 | U-Unsecured | 80 | $69.08 | $69.08 | 0261 |
| PRA Receivables Management LLC as agent of | 42 | 8 | U-Unsecured | 80 | $7,544.07 | $7,544.07 | 5782 |
| Presbyterian Healthcare | 39 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| Presbyterian Regional Healthcare Corp | 40 | | U-Unsecured | 80 | $0.00 | NOT FILED | 3472 |
| REGIONAL ACCEPTANCE CORP | 5 | 9 | U-Unsecured | 80 | $14,794.17 | $14,794.17 | 7694 |
| ROBERT GERALD LAMONTAGNE | 1 | | B-Base Attorney Fee(s) | 20 | $942.00 | $442.00 | |
| ROBERT GERALD LAMONTAGNE | 2 | | B-Base Attorney Fee(s) | 50 | $2,308.00 | $2,308.00 | |

Wherefore, the trustee respectfully requests that the Court grant his motion and classify the claims for payment by the trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated:  May 03, 2012                                Steven G. Tate
                                                    Standing Chapter 13 Trustee
                                                    212 Cooper St
                                                    Statesville, NC  28677-5856

CASE NO: 11-50152                                    DEBTORS: Ryan Elliot Siegmann AND Susan Ann Siegmann

## NOTICE OF MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The Chapter 13 trustee has filed a motion in the above-referenced Chapter 13 case for determination of status of claims, for payment by the trustee under the debtors' confirmed plan.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you want to object to the classification and/or treatment of your claim as contained in the trustee's motion, then you or your attorney must file with the court a written response to the motion and a request for hearing, within thirty (30) days of the date of this notice at the following address:

    CLERK, U.S. BANKRUPTCY COURT
    401 W TRADE ST ROOM 111
    CHARLOTTE, NC  28202

If you MAIL your response to the court for filing, you must mail it early enough for the court to RECEIVE it on or before the deadline stated above.

**Please refer to the trustee's claim number in any response you may file.**

NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.

If you file a response, then a hearing on the trustee's motion will be on Friday, June 8, 2012 at 9:30 am at the following address.

    Johnson J Hayes Federal Building
    Room 201
    207 West Main Street
    Wilkesboro, NC  28697-2465

If you or your attorney do not take these steps, the court may decide that you do not oppose the classification and treatment of your claim as reported by the trustee, and grant the motion.

Dated:  May 03, 2012                          Steven G. Tate
                                                       Standing Chapter 13 Trustee
                                                       By:  A. Owens

CASE NO:  11-50152                                              DEBTORS: Ryan Elliot Siegmann AND Susan Ann Siegmann

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### WILKESBORO DIVISION

| In Re: | Ryan Elliot Siegmann | Susan Ann Siegmann | Case Number: | 11-50152 |
|---|---|---|---|---|
| | 220 Bluffton Road | | Judge: | Laura T. Beyer |
| | Mooresville, NC  28115 | | Dated: | May 03, 2012 |
| | SSN (1): XXX-XX-8951 | SSN (2): XXX-XX-9168 | | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on May 03, 2012.

A. Owens_____
Office of the Chapter 13 Trustee

Aargon Agency, 3160 S Valley Vw Ste 206, Las Vegas, NV 89102
American Medical Collection Agency, 2269 Sawmill River Rd Bldg 3, Elmsford, NY 10523
AT&T, Global Imaging Center, PO Box 16795, Mesa, AZ 85211-6795
AVON, PO BOX 105541, ATLANTA, GA 30348
Barker & Hostetler LLP, PO Box 112, Orlando, FL 32802
Capio Partners LLC, Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083
Celligent Diagnostics, PO Box 32817, Charlotte, NC 28232-2817
Chase Auto Finance, c/o Mary Lautenbach, Chase Auto Finance AZ1-1191, 201 N Central Ave, Phoenix, AZ 85004-0073
CHASE AUTO FINANCE, PO BOX 901032, FORT WORTH, TX 76101-2032
CITIMORTGAGE INC, PO BOX 140609, IRVING, TX 75019-0609
CitiMortgage Inc, PO Box 689196, Des Moines, IA 50368-9196
CMC Faculty Physicians, PO Box 70826, Charlotte, NC 28272-0826
CREDIT MANAGEMENT, 4200 INTERNATIONAL PKWY, CARROLTON, TX 75007
DIRECTV, PO BOX 70014, BOISE, ID 83707-0114
FIRST PREMIER BANK, PO BOX 5524, SIOUX FALLS, SD 57117-5524
HOME DEPOT CREDIT SERVICES, PO BOX 689100, DES MOINES, IA 50368-9100
HSBC Bank Nevada NA, c/o PRA Receivables Management LLC, PO Box 12907, Norfolk, VA 23541-0907
JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302-9617
Jefferson Capital Systems LLC, PO Box 953185, St Louis, MO 63195-3185
JON BARRY & ASSOCIATES INC, 216 LEPHILLIP CT, CONCORD, NC 28025-2954
Lake Norman Neurological & Spinal, 134 Medical Park Dr Ste 108, Mooresville, NC 28117
Lake Norman Ophthalmology PLL, 132 Gateway Blvd, Mooresville, NC 28117
LCA COLLECTIONS, PO BOX 2240, BURLINGTON, NC 27216-2240
Liberty Mutual, PO Box 7500, Dover, NH 03821
LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587
Mecklenburg Radiology, PO Box 602200, Charlotte, NC 28260
MID ATLANTIC EMERGENCY ASSOC, PO BOX 601504, CHARLOTTE, NC 28260
Mid Atlantic Emg Med Assoc, P O Box 643506, Cincinnati, OH 45264-3506
Mooresville PPM LLC, PO Box 405832, Atlanta, GA 30384
New York State Dept, WA Harriman Campus, Albany, NY 12227
Novant Medical Group, PO Box 751803, Charlotte, NC 28275-1803
Orchard Bank, PO Box 19268, Portland, OR 97280
Oxmoor House, PO Box 11095, Des Moines, IA 50336
PAYPAL INC, PO BOX 45950, OMAHA, NE 68145-0950
PIEDMONT HEALTHCARE, PO BOX 1845, STATESVILLE, NC 28687-1845
Piedmont Healthcare, PO Box 63282, Charlotte, NC 28263-3182
PRA Receivables Management LLC as agent of, Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541-0914
PRA Receivables Management LLC as agent of, Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541
Presbyterian Healthcare, PO Box 30143, Charlotte, NC 28230
Presbyterian Regional Healthcare Corp, 1851 E 3rd St, Charlotte, NC 28204-3205

REGIONAL ACCEPTANCE CORP, BANKRUPTCY SECT 100-50-01-51, P O BOX 1847, WILSON, NC 27894-1847

Ryan Elliot Siegmann, Susan Ann Siegmann, 220 Bluffton Road, Mooresville, NC 28115

Total Served: 42