**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 11−50152
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ryan Elliot Siegmann | Susan Ann Siegmann |
| 220 Bluffton Road | 220 Bluffton Road |
| Mooresville, NC 28115 | Mooresville, NC 28115 |
| Social Security No.: xxx−xx−8951 | Social Security No.: xxx−xx−9168 |

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion of Trustee Claims Determination filed in the above referenced case on 05/03/2012 as document # 19 is defective for the reason(s) marked below:

Notice sets hearing/opportunity for hearing on a day that is not a court date.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: May 4, 2012                                                                          Steven T. Salata
                                                                                             Clerk of Court

Electronically filed and signed (5/4/12)