

FILED & JUDGMENT ENTERED
Steven T. Salata

Jun 07 2012

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Wilkesboro Division

IN RE:

Ryan Elliot Siegmann
Susan Ann Siegmann

SSN#: XXX-XX-8951
SSN#: XXX-XX-9168

Chapter 13

CASE NO:   11-50152

Related Court Docket Number: 19

## ORDER GRANTING MOTION OF TRUSTEE FOR DETERMINATION OF STATUS OF CLAIMS IN CONFIRMED PLAN

This matter came before the Court upon the motion of the trustee in the above-referenced Chapter 13 case for determination of the status of all claims in the case for the purpose of providing for their payment in the debtors' confirmed plan. After timely notice of the trustee's motion to all parties in interest and an opportunity for hearing, the Court now finds and concludes that the motion is appropriate and should be granted at this time.

Based upon the foregoing, **IT IS HEREBY ORDERED** that the trustee's motion is **GRANTED** and that all claims shall be provided for payment in the debtors' confirmed plan as reported and set forth in the trustee's motion.

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on June 07, 2012.

K. Myers
Office of the Chapter 13 Trustee

This Order has been signed electronically, pursuant to administrative order of the Court. Effective as of date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY JUDGE

Ryan Elliot Siegmann & Susan Ann Siegmann, 220 Bluffton Road, Mooresville, NC 28115