**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**WILKESBORO DIVISION**

IN RE: Case No:11-50152

Ryan Elliot Siegmann
Susan Ann Siegmann
SSN#: XXX-XX-8951
SSN#: XXX-XX-9168

**NOTICE OF PLAN MODIFICATION**

Please take notice that your monthly plan payment has increased.

CAUSE OF CHANGE IN PLAN PAYMENT:  Per mortgage payment change as filed with the Clerk of Court by CitiMortgage Inc.

DATE OF DOCUMENT:  09/13/2012

Your plan base is increased as necessary to accommodate the stated modification.

Please begin making this new payment in November 2012.

If you have any questions, please feel free to contact our office.

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on October 12, 2012.

A. Hamby
Office of the Chapter 13 Trustee

Ryan Elliot Siegmann, Susan Ann Siegmann, 220 Bluffton Road, Mooresville, NC  28115
Total Served: 1