FILED & JUDGMENT ENTERED
Steven T. Salata

Dec 13 2012

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T. Beyer_
Laura T. Beyer
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

IN THE MATTER OF:

RYAN ELLIOT SIEGMANN                    Chapter 13
SUSAN ANN SIEGMANN                      Case No. 11-50152
Debtors.
_____

ORDER ON DEBTORS OBJECTION TO THE CITIMORTGAGE, INC. NOTICE OF
MORTGAGE PAYMENT CHANGE

THIS MATTER, coming on before the Court upon the Debtors Objection to the Citimortgage Notice of Mortgage Payment Change, and with a hearing held on this matter on December 7, 2012, and with the Court, having considered the request and the representations of Movant, and for good cause shown, it is hereby ORDERED:

1. That the Citimortgage Notice of Mortgage Payment Change is denied in its entirety;
2. That the actual monthly mortgage payment in the amount of $936.18 includes the principle, interest and escrow at this time.

This Order has been signed                    United States Bankruptcy Court
electronically. The Judge's
signature and court's seal
appear at the top of the Order.