**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION**

| | |
|---|---|
| IN RE: Debtors | CASE NO: 11-50152 |
| Ryan Elliot Siegmann | Chapter 13 |
| Susan Ann Siegmann | |
| SSN#: XXX-XX-8951 | Related Court Docket #: 27 |
| SSN#: XXX-XX-9168 | |

**TRUSTEE'S NOTICE OF WITHDRAWAL
OF AMENDED NOTICE OF PLAN MODIFICATION**

Notice is hereby given that the undersigned standing trustee withdraws the Amended Notice of Plan Modification filed on 10/18/2012.

Per Order entered 12/13/12, Notice of Mortgage Payment Change Denied.

Plan Payment to remain as confirmed at $1135.00.

Dated: 12/21/2012                                                Steven G. Tate
                                                                 Chapter 13 Trustee

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on December 21, 2012.

                                                                 A. Hamby
                                                                 Office of the Chapter 13 Trustee

Ryan Elliot Siegmann, Susan Ann Siegmann, 220 Bluffton Road, Mooresville, NC  28115

Total Served:  1