**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**WILKESBORO DIVISION**

IN RE:  CASE NO: 11-50152

Ryan Elliot Siegmann
Susan Ann Siegmann
SSN# : XXX-XX-8951
SSN# : XXX-XX-9168

**TRUSTEE'S OBJECTION TO CLAIM**

**The undersigned Chapter 13 Trustee objects to the following proof of claim for the specific reason as set forth herein:**

| Trustee Claim # | Clerk Claim # | Creditor Name | Account Number | Filed Claim Amount | Amount Paid Through Plan | Claim Type |
|---|---|---|---|---|---|---|
| 43 | 9 | REGIONAL ACCEPTANCE CORP | 8405 | $2,030.47 | $0.00 | U-Unsecured |

Proof of claim filed after 120 days allowed to file deficiency per Order filed on 6/12/2012

The trustee's objection is intended to resolve the treatment of the claim under the Chapter 13 plan. It may not be determinative of the status of affected lien(s) upon discharge.

DATED:  May 22, 2013

Steven G. Tate
Standing Chapter 13 Trustee
212 Cooper St
Statesville, NC  28677-5856

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**WILKESBORO DIVISION**

IN RE:
Ryan Elliot Siegmann                                                                    CASE NO: 11-50152
Susan Ann Siegmann
SSN# :   XXX-XX-8951
SSN# :   XXX-XX-9168

## NOTICE OF OPPORTUNITY FOR HEARING

The Chapter 13 trustee has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified or eliminated.   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the court to eliminate or change your claim, then you or your attorney must file with the court a written response to the objection, explaining your position, and a request for a hearing by June 12, 2013 at the following address:

> CLERK, U.S. BANKRUPTCY COURT
> 401 W Trade St Room 111
> Charlotte, NC  28202

If you **mail** your response to the court for filing, you must mail it early enough for the court to **receive** it on or before the deadline stated above.

You must also mail a copy of your response to the debtors' attorney at the following mailing address:

ROBERT GERALD LAMONTAGNE
ATTORNEY AT LAW
229 DAVIE AVE
STATESVILLE, NC  28677

If you file a response, then a hearing on the trustee's objection will be held at the following time and place:

Date: July 12, 2013                              Time:  9:30 AM

Location:      Johnson J Hayes Federal Building
               Room 201
               207 West Main Street
               Wilkesboro , NC 28697-2465

**No hearing will be held unless a response is filed.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Dated: May 22, 2013                                                                              Steven G. Tate
                                                                                                 Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**WILKESBORO DIVISION**

IN RE: CASE NO: 11-50152
Ryan Elliot Siegmann
Susan Ann Siegmann
SSN# : XXX-XX-8951
SSN# : XXX-XX-9168

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 5/22/2013.

K. Stevenson
Office of the Chapter 13 Trustee

REGIONAL ACCEPTANCE CORP, BANKRUPTCY SECT 100-70-01-51, P O BOX 1847, WILSON, NC  27894-1847
Ryan Elliot Siegmann, Susan Ann Siegmann, 220 Bluffton Road, Mooresville, NC  28115