FILED & JUDGMENT ENTERED
Steven T. Salata

Aug 07 2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

Laura T. Beyer
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

IN THE MATTER OF:

RYAN ELLIOT SIEGMANN                    Chapter 13
SUSAN ANN SIEGMANN                      Case No. 11-50152
Debtors.
_____

ORDER ON DEBTORS OBJECTION TO THE CITIMORTGAGE, INC. PROOF OF CLAIM

THIS MATTER, coming on before the Court upon the Debtors Objection to the Citimortgage Proof of Claim, and with no response by any parties on Debtors Objection, and with the Court, having considered the request and the representations of Movant, and for good cause shown, it is hereby ORDERED:

1. That the Citimortgage Proof of Claim was denied in its entirety previously on July 27, 2011;
2. That Citimortage did resubmit the Proof of Claim on May 17, 2013 and the Debtors did file an Objection on June 20, 2013;
3. That the actual monthly mortgage payment in the amount of $936.18 includes the principle, interest and escrow at this time.
4. That the Citimortgage Proof of Claim is denied in its entirety.

This Order has been signed
electronically. The Judge's
signature and court's seal
appear at the top of the Order.

United States Bankruptcy Court