FILED & JUDGMENT ENTERED
Steven T. Salata

Aug 21 2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Wilkesboro Division

IN RE:

Ryan Elliot Siegmann
Susan Ann Siegmann

SSN#: XXX-XX-8951
SSN#: XXX-XX-9168

Chapter 13
CASE NO:   11-50152
Related Document # :  40

## ORDER

ON 07/12/2013,  AFTER NOTICE, THIS MATTER CAME ON FOR CONSIDERATION WITHOUT PROTEST UPON:

Trustee's Objection to the claim of Regional Acceptance Corp in the amount of $2,030.47, Trustee Claim #43, Court Claim #9)

**AND, THIS COURT FINDS** that:

[ X ] Proof of claim filed after 120 days allowed to file deficiency per Order filed on 6/12/2012,

**IT IS, THEREFORE, ORDERED** that:

[ X ] Claim is disallowed.
[ X ] Objection is Sustained

This Order has been signed electronically, pursuant to administrative order of the Court.  Effective as of date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY JUDGE