**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE:** | ) | |
| **RYAN ELLIOTT SIEGMANN** | ) | **CASE NO.  11-50152** |
| **SUSAN ANN SIEGMANN** | ) | **CHAPTER 13** |
| **DEBTOR(S)** | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND**
**REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002**

To the Clerk of the United States Bankruptcy Court:

**PLEASE TAKE NOTICE** and pursuant to Bankruptcy Rule 9010 (b) enter the appearance of:

Matthew L. Underwood
Attorney at Law
Brock & Scott, PLLC
5121 Parkway Plaza Blvd., Suite 300
Charlotte, NC 28217
Bankruptcy@brockandscott.com

as counsel for BSI Financial Services, Inc., a creditor of the above named Debtor(s).

**REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

*/s/ Matthew L. Underwood*
Matthew L. Underwood
State Bar Number 37106

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the date set forth below, this Notice of Appearance was served by first class U.S. mail, postage prepaid, or by electronic mail, if applicable, to the following:

Robert Gerald LaMontagne
163 Main Ave. Drive
Taylorsville, NC 28681

Steven G. Tate
212 Cooper Street
Statesville, NC 28677

This 22nd day of July, 2014

*/s/ LaToya Durham*
LaToya Durham
Paralegal
Brock & Scott, PLLC