**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:

Ryan Elliot Siegmann                                            CASE NO:  11-50152
Susan Ann Siegmann
SSN# : XXX-XX-8951
SSN# : XXX-XX-9168

**MOTION OF TRUSTEE TO MODIFY PLAN**

The undersigned, being the Standing Trustee for the debtors listed above, hereby moves the court as follows: Subsequent to the confirmation, the trustee has reviewed this case and believes the plan of the debtors will no longer meet the requirements of the bankruptcy code due to the following reason:

| Trustee Claim # | Clerk Claim # | Creditor Name | Account Number | Scheduled Claim Amnt | Filed Claim Amnt | Claim Type |
|---|---|---|---|---|---|---|
| 47 | 5 | Residential Credit Opportunities Trust | 0370 | $0.00 | $1,541.05 | S-Secured-Pro-Rata |

**The above-referenced claim(s) was not provided for in the existing plan.**

The trustee recommends that the plan be modified as follows:

**Plan payment of $1430.00 to start August 2015.**
**Your monthly plan payment will be increased to $1430.00**
**Base will be adjusted as needed.**

DATED: July 23, 2015                                            Steven G. Tate
                                                                Chapter 13 Trustee


**\*\*NOTICE OF OPPORTUNITY FOR HEARING ON REVERSE SIDE\*\***

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:
Ryan Elliot Siegmann                                                    CASE NO:  11-50152
Susan Ann Siegmann
SSN# :  XXX-XX-8951
SSN# :  XXX-XX-9168

**NOTICE OF OPPORTUNITY FOR HEARING**

The Chapter 13 trustee has filed papers in the bankruptcy case for the debtors named above requesting a Motion to Modify Plan.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief requested by the trustee in the motion, or if you want the court to consider your views on the motion, then by August 07, 2015 you or your attorney must file with the court a written response to the motion and a request for a hearing at the following address:

 CLERK, U.S. BANKRUPTCY COURT
 401 W Trade St Room 111
 Charlotte, NC  28202

If you **mail** your response to the court for filing, you must mail it early enough for the court to **receive** it on or before the deadline stated above.

If you file a response, then a hearing on the trustee's motion will be held at the following time and place:

Date: September 11, 2015                Time:  9:30 AM

Location:    U.S. COURTHOUSE
 MAIN COURTROOM, FIRST FLOOR
 200 WEST BROAD STREET
 STATESVILLE, NC 28677

**No hearing will be held unless a response is filed.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:  July 23, 2015

 Steven G. Tate
 Chapter 13 Trustee
 212 Cooper St
 Statesville, NC  28677-5856
 (704) 872-0068
 general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:
Ryan Elliot Siegmann                                          CASE NO:  11-50152
Susan Ann Siegmann
SSN# :  XXX-XX-8951
SSN# :  XXX-XX-9168

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on July 24, 2015.

                                                 A. Hamby
                                               Office of the Chapter 13 Trustee

Aargon Agency, 3160 S Valley Vw Ste 206, Las Vegas, NV 89102
American Medical Collection Agency, 2269 Sawmill River Rd Bldg 3, Elmsford, NY 10523
AT&T, Global Imaging Center, PO Box 16795, Mesa, AZ 85211-6795
AVON, PO BOX 105541, ATLANTA, GA 30348
Barker & Hostetler LLP, PO Box 112, Orlando, FL 32802
Capio Partners LLC, Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083
Celligent Diagnostics, PO Box 32817, Charlotte, NC 28232-2817
Chase Auto Finance, c/o Mary Lautenbach, Chase Auto Finance AZ1-1191, 201 N Central Ave, Phoenix, AZ 85004-0073
CITIFINANCIAL MORTGAGE, PO BOX 140609, IRVING, TX 75014-0609
CitiMortgage Inc, PO Box 6030, Sioux Falls, SD 57117-6030
CMC Faculty Physicians, PO Box 70826, Charlotte, NC 28272-0826
CREDIT MANAGEMENT, 4200 INTERNATIONAL PKWY, CARROLTON, TX 75007
DIRECTV, PO BOX 70014, BOISE, ID 83707-0114
FIRST PREMIER BANK, PO BOX 5524, SIOUX FALLS, SD 57117-5524
HOME DEPOT CREDIT SERVICES, PO BOX 689100, DES MOINES, IA 50368-9100
IREDELL COUNTY TAX COLLECTOR, PO BOX 1027, STATESVILLE, NC 28687-1027
JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302-9617
Jefferson Capital Systems LLC, PO Box 953185, St Louis, MO 63195-3185
JON BARRY & ASSOCIATES INC, 216 LEPHILLIP CT, CONCORD, NC 28025-2954
JPMORGAN CHASE BANK NA, CHASE AUTO FINANCE, PO BOX 901032, FT WORTH, TX 76101-2032
Lake Norman Neurological & Spinal, 134 Medical Park Dr Ste 108, Mooresville, NC 28117
Lake Norman Ophthalmology PLL, 132 Gateway Blvd, Mooresville, NC 28117
LCA COLLECTIONS, PO BOX 2240, BURLINGTON, NC 27216-2240
Liberty Mutual, PO Box 7500, Dover, NH 03821
LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587
Mecklenburg Radiology, PO Box 602200, Charlotte, NC 28260
MID ATLANTIC EMERGENCY ASSOC, PO BOX 601504, CHARLOTTE, NC 28260
Mid Atlantic Emg Med Assoc, P O Box 643506, Cincinnati, OH 45264-3506
Mooresville PPM LLC, PO Box 405832, Atlanta, GA 30384
New York State Dept, WA Harriman Campus, Albany, NY 12227
Novant Medical Group, PO Box 751803, Charlotte, NC 28275-1803
Orchard Bank, PO Box 19268, Portland, OR 97280
Oxmoor House, PO Box 11095, Des Moines, IA 50336
PAYPAL INC, PO BOX 45950, OMAHA, NE 68145-0950
PIEDMONT HEALTHCARE, PO BOX 1845, STATESVILLE, NC 28687-1845
Piedmont Healthcare, PO Box 63282, Charlotte, NC 28263-3182

PRA Receivables Management LLC as agent of, Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541-0914

PRA Receivables Management LLC as agent of, Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541

Presbyterian Healthcare, PO Box 30143, Charlotte, NC 28230

Presbyterian Regional Healthcare Corp, 1851 E 3rd St, Charlotte, NC 28204-3205

REGIONAL ACCEPTANCE CORP, BANKRUPTCY SECT 100-70-01-51, P O BOX 1847, WILSON, NC 27894-1847

Residential Credit Opportunities Trust, c/o FCI Lender Services, PO Box 27370, Anaheim Hills, CA 92809-0110

Ryan Elliot Siegmann, Susan Ann Siegmann, 220 Bluffton Road, Mooresville, NC 28115

Sean M Corcoran, Brock & Scott PLLC, 5121 Parkway Plaza Boulevard, Charlotte, NC 28217

Total Served:44

UNDELIVERABLE MAIL (Insufficient Mailing Address)

Total:0